# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/2/2015 8:57:23 AM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known):  **12-15-00152-CR**

Trial Court Style:  The State of Texas vs. Barbara Brookshire Samford

Trial Court & County:  County Court at Law #2, Angelina County, Texas

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due:  07/06/2015

Anticipated Number of Pages of Record: 90

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐  to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐  my duties listed below preclude working on this record:

**X**  Other:  I am scheduled to be on vacation from Thursday, July 2, 2015 through Sunday, July 12, 2015.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by Monday, July 20, 2015, and **I hereby request an additional 14 days** within which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

07/02/2015
Date

(936) 634-8984
Office Phone Number

lizmurphy2468@yahoo.com
E-mail Address (if available)

Elizabeth Murphy
Printed Name

Court Reporter
Official Title

Trial Clerk's/Court Reporter's Request for Ext/12th CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:

Lead Counsel for **APPELLEE(S)**:

Name: Mr. Albert J. Charanza, Jr.

Name: Mr. Ed C. Jones

Address: P.O. Box 1825

Address: 215 East Lufkin Avenue

Lufkin, TX 75902

Lufkin, TX 75901

Phone no.: (936) 634-8568

Phone no.: (936) 639-3929

Attorney for: Barbara Brookshire Samford

Attorney for: State of Texas

CERTIFICATE OF SERVICE

This is to certify that on July 2, 2015 a true and correct copy of the above and foregoing TRIAL COURT OFFICIAL'S REQUEST FOR EXTENSION OF TIME TO FILE RECORD was served on Albert J. Charanza, Jr. (Attorney for Barbara Brookshire Samford), 412 South First Street, Lufkin, Texas 75901, by hand delivery and Ed C. Jones, 215 East Lufkin Avenue, Lufkin, Texas 75901, by hand delivery.

*Elizabeth Murphy*

ELIZABETH MURPHY